**Fiscal**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICAELA GOMEZ FRIAS, individually and as Successor-in-Interest of SALVADOR GUZMAN, deceased; R.G., a minor, by and through Micaela Gomez Frias; and J.J.G., a minor, by and through Micaela Gomez Frias,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 2:08-CV-03728 RSWL (Ex)<br><br>**ORDER GRANTING PETITION TO APPROVE COMPROMISE OF PENDING ACTION FOR MINORS R.G. AND J.J.G. [54]**<br><br>Date:        April 24, 2012<br>Time:        10:00 a.m.<br>Courtroom: 21 |

1. Petitioner MICAELA GOMEZ FRIAS has petitioned for Court approval of a proposed compromise of a pending action, involving minors, R.G. and J.J.G.. A hearing on the Petition was held on April 24, 2012.

2. Petitioner is the natural parent of both minors, R.G. and J.J.G.

3. Claimant R.G. is a minor.

1

Order Granting Petition to Approve Compromise of Pending Action For Minors R.G. and J.J.G.

4.   Claimant J.J.G. is a minor

4.   The claim to be compromised is asserted against the entity formerly known as General Motors Corporation.

5.   The Court finds, that all notices required by law were given. The Court ORDERS the Petition is GRANTED, and the proposed compromise of claim is approved.

6.   The payer shall disburse the proceeds of the settlement approved by this Order in the following manner:

a.   The balance of the settlement available for minors R.G. and J.J.G. after approved allocations to remaining claimants is:

    R.G.            $38,699.00
    J.J.G.          $38,699.00

b.   The balance shall be disbursed as follows:

By one or more checks or drafts, to total $38,699.00 to minor R.G. and $38,699.00 to minor J.J.G., drawn payable to the order of the petitioner, Micaela Gomez Frias as trustee for R.G. and J.J.G. Each such check or draft must bear an endorsement on the face or reverse that it is for deposit in one or more interest-bearing, federally insured accounts in the name of the petitioner as trustee for the claimant, and no withdrawals may be made from the accounts except as provided in the two *Orders to Deposit Money Into Blocked Account*, which are signed contemporaneously with this order for both R.G. and J.J.G.

c.   Within 48 hours of receipt of a check or draft described above, the petitioner and the petitioner's attorney must deposit the check or draft in Micaela Gomez' Frias's name as trustee for R.G. and J.J.G. in the blocked accounts

d.   Micaela Gomez Frias and her attorneys must deliver to each depository at the time of deposit three copies of the two *Orders to Deposit Money Into Blocked Account,* which are signed contemporaneously with this order, and three copies of the *Receipt and Acknowledgement of Order for the Deposit of*

*Money into Blocked Account*. Micaela Gomez Frias or her attorney must file a copy of the receipt with this court within 15 days of the deposit. The Petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement. The sole responsibilities of the petitioner and her attorney are to place the balance in a blocked account and to timely file a copy of the receipt.

  e. Bond is not required.

**IT IS SO ORDERED.**

DATED: April 30, 2012       __RONALD S.W. LEW_____
                Hon. Ronald S. W. Lew
                U.S. DISTRICT COURT JUDGE