**FISCAL**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICAELA GOMEZ FRIAS, individually and as Successor-in-Interest of SALVADOR GUZMAN, deceased; R.G., a minor, by and through Micaela Gomez Frias; and J.J.G., a minor, by and through Micaela Gomez Frias,<br><br>                      Plaintiffs,<br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br><br>                      Defendant. | CASE NO. CV 08-3728 RSWL (Ex)<br><br>**ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR MINOR J.J.G.** |

      The Petition of MICAELA GOMEZ FRIAS ("Petitioner"), as natural parent and Guardian ad Litem of J.J.G., to deposit funds in a blocked account came on for hearing on April 25, 2012 at 10:00 a.m., in Courtroom 21 of the above-entitled court.

      The Court orders that the money that belongs to J.J.G. (full name to be provided by Petitioner to the depository) shall be deposited in an interest-bearing, federally insured blocked account. The account shall indicate the name of the minor

or other person who owns the account. The total amount authorized for deposit, including any accrued interest, is $38,699.00.

The blocked account belongs to a minor. The minor was born in 1999. No withdrawal of principal or interest shall be made from the blocked account without a written order under this case and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this Order. The money on deposit is not subject to escheat.

The Petitioner and the Petitioner's attorney shall deliver a copy of this Order to the depository in which funds are deposited under this Order. The depository's acknowledgment of receipt of the Order and the funds shall be filed with this Court within 15 days of deposit.

Dated:  April 30, 2012

**RONALD S.W. LEW**
Hon. Ronald S. W. Lew
United States District Court Judge

ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT FOR MINOR J.J.G.