O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICAELA GOMEZ FRIAS, individually and as Successor-in-Interest of SALVADOR GUZMAN, deceased; R.G., a minor, by and through Micaela Gomez Frias; and J.J.G., a minor, by and through Micaela Gomez Frias,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br><br>　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 08-3728 RSWL (Ex)<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

　　In its Motion for Settlement Approval, filed on March 28, 2012, Plaintiffs indicated that they had reached a settlement agreement with Defendant General Motors Corporation ("Defendant") [54].  On April 30, 2012, the Court issued an Order Granting Petition to Approve Compromise of Pending Action for Minors R.G. and J.J.G. [57].  However, since the Court's April 30,

1

2012 Order, no further action has been pursued by Plaintiffs.  More specifically, Plaintiffs have not petitioned the Court to make any ruling with respect to Plaintiff Micaela Gomez, nor have they asked the Court to dismiss Plaintiffs' claims against Defendant pursuant to the Parties' settlement agreement.

    Accordingly, the Court hereby **ORDERS** Plaintiffs to show cause within 10 days as to why this Action should not be dismissed for lack of prosecution.  Since a settlement has been reached, Plaintiffs may submit a proposed order dismissing all claims with prejudice.

**IT IS SO ORDERED.**

DATED: July 27, 2012

*RONALD S.W. LEW*

---

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge